UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DAMIAN LONG, through Personal Representative DONNA LONG,<br><br>  Plaintiff,<br><br>  v.<br><br>YAKIMA COUNTY, WASHINGTON,<br><br>  Defendant. | NO. CV-10-3093-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed August 15, 2012, ECF No. 66, the parties advised the Court that they have reached a settlement and that the above-captioned matter should be dismissed with prejudice without costs or fees awarded to any party under Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The parties' Stipulated Motion and Order for Dismissal, **ECF No. 66**, is **GRANTED**.

2. The Complaint, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** and without costs or fees awarded to any party.

3. All pending trial and hearing dates are **STRICKEN**.

4. All pending motions are **DENIED** as moot.

5. The Clerk's office is directed to **CLOSE** the file.

//

ORDER ~ 1

1 **IT IS SO ORDERED**. The District Court Executive is directed to enter
2 this Order and to distribute copies to counsel.
3     **DATED** this 16th day of August 2012.

5                S/ Edward F. Shea
                   EDWARD F. SHEA
6        Senior United States District Judge

26 Q:\EFS\Civil\2010\3093.dismiss.lc2.wpd

ORDER ~ 2